UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-62498-Civ-Cohn/Seltzer

RONALD J. WALTMAN,

     Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

     Defendant.

_____/

## FIRST AMENDED COMPLAINT[1]
### JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

### JURISDICTION AND VENUE

2.     With respect to Plaintiff's claim under the TCPA, this Court both has diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are Florida and Pennsylvania. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for

---

[1] In accordance with Rule 15, Plaintiff informs the Court that Defendant has agreed in writing to the filing of this amended complaint.

damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction of $75,000.

3.      With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

## PARTIES

4.      Plaintiff, RONALD J. WALTMAN, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

5.      Defendant, NCO FINANCIAL SYSTEMS, INC., is a professional corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

6.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7.      Defendant regularly collects or attempts to collect debts for other parties.

8.      Defendant is a "debt collector" as defined in the FDCPA.

9.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

10.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

11.     Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

December 3, 2009 at 2:47 PM
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  I need a return call to my office today, 888-246-6045, extension 1356.When calling back please reference Id B as in "boy" 92327. Again the number is 888-246-6045, extension 1356.

December 5, 2009 at 9:15 AM – Pre-Recorded Message
You that this is a debt collect company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Joe Schmadel back today at 888-899-8039.  Once again the number is 888-899-8039.  When calling please use reference ID B92327.  Thank you, good bye.

December 9, 2009 at 9:48 AM
This important message is from NCO Financial Systems.  The law requires I notify you that this is a debt collection company.  Also it is an attempt to collect debt.  Any information obtained will be used for that purpose. Call me back today, my number is 866-437-7403.

December 13, 2009 at 12:20 PM – Pre-Recorded Message
We notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327. Thank you, good bye.

December 14, 2009 at 7:42 PM
This important message is from NCO Financial Systems.  The law requires I notify you that this is a debt collection company.  It is an attempt to collect debt, any information obtained will be used for that purpose. Call me back today, my number is 866-437-7403.

December 19, 2009 at 3:51 PM – Pre-Recorded Message
Notify you that this is an debt collection company.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please call Gilbert Fernandez back today at 866-506-2667. Once again the
number is 866-506-2667.  When calling please use reference ID B92327.
Thank you, good bye.

December 22, 2009 at 9:43 AM
This important message is from NCO Financial System. Call me back today,
my number is 866-437-7403.

December 23, 2009 at 5:14 PM – Call # 1
This is an important message meant solely for Ronald Waltman.  This is
Katie Pinesman from NCO Financial, a debt collection company.  This is an
attempt to collect a new debt, any information, any information obtained will
be used for that purpose. I do need a return call at 888-899-4332.  Thank
you.

December 23, 2009 at 8:28 PM – Pre-Recorded Message Call # 2
You that this is a debt collection company.  This is an attempt to collect a
debt and any information obtained will be used for that purpose.  Please call
Bryan Derenda back today at 888-899-8039.  Once again the number is 888-
899-8039.  When calling please use reference ID B92327.  Thank you, good
bye.

January 1, 2010 at 3:57 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.
The law requires that we notify you that this is a debt collection company.
This is an attempt to collect a debt and any information obtained will be
used for that purpose. Please call Gilbert Fernandez back today, at 866-506-
2667. Once again the number is 866-506-2667.  When calling, please use
reference ID B92327. Thank you, good bye.

January 2, 2010 at 11:33 AM – Pre-Recorded Message – Call # 1
Today at 1-888-899-8039. Once again the number is 1-888-899-8039. Thank
you. B92327 is your reference ID.  Again your reference ID is B92327.

January 2, 2010 at 3:01 PM – Pre-Recorded Message – Call # 2

Notify you that this is a debt collection company.  This an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667. When calling please use reference ID B92327.  Thank you, good bye.

January 3, 2010 at 1:38 PM – Pre-Recorded Message
Notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Gilbert Fernandez back today at 866-506-2667. Once again the number is 866-506-2667.  When calling please use reference ID B92327. Thank you, good bye.

January 6, 2010 at 9:29 AM
This important message is from NCO Financial Systems. Call me back today.  My number is 866-437-7403.

January 9, 2010 at 3:39 PM – Pre-Recorded Message
Information obtain will be used for that purpose. Please call Gilbert Fernandez back today at 866-506-2667. Once again the number is 866-506-2667.  When calling please use reference ID B92327. Thank you, good bye.

January 15, 2010 at 8:56 AM
This important message is from NCO Financial Systems.  Call me back today. My number is 866-437-7403.

January 19, 2010 at 10:02 AM
This important message is from NCO Financial Systems.  Call me back today. My number is 866-437-7403.

January 22, 2010 at 8:18 AM
Good Morning Ron, this is Gary Bacio with NCO Financial Systems. Ron please give me a call back today 866-235-2744. Ron I must inform you that NCO is a debt collection company, and this is a attempt to collect a debt and any and all information obtained will be used for that purpose. When you call me back please use reference number HU2484.  H in Harry, U as in Umbrella 2484.  Once again my number is 866-235-2744. Thanks Ron.

January 26, 2010 at 4:41 PM – Pre-Recorded Message

Notify you that this is a debt collection company.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please call Edward Doyle back today at 877-769-7491. Once again the
number is 877-769-7491.  When calling please use reference ID HU2484.
Thank you, good bye.

January 27, 2010 at 3:29 PM – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems,
Incorporated.  The law requires that we notify you that this is a debt
collection company.  This is an attempt to collect a debt and any information
obtained will be used for that purpose.  Please call Edward Doyle back today
at 877-769-7491. Once again the number is 877-769-7491.  When calling
please use reference ID HU2484.  Thank you, good bye.

January 28, 2010 at 7:58 PM – Pre-Recorded Message
You that this is a debt collection company.  This is an attempt to collect a
debt and any information obtained will be used for that purpose.  Please call
Edward Doyle back today at 877-769-7491.  Once again the number is 877-
769-7491.  When calling please use reference ID HU2484. Thank you, good
bye.

February 2, 2010 at 4:28 PM – Pre-Recorded Message
You that this is a debt collection company.  This is an attempt to collect a
debt and any information obtained will be used for that purpose.  Please call
Edward Doyle back today at 877-769-7491.  Once again the number is 877-
769-7491.  When calling please use reference ID HU2484.  Thank you, good
bye.

February 3, 2010 at 3:35 PM – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems,
Incorporated. The law requires that we notify you that this is a debt
collection company.  This is an attempt to collect a debt and any information
obtained will be used for that purpose.  Please call Edward Doyle back today
at 877-769-7491.  Once again the number is 877-769-7491.  When calling
please use reference ID HU2484.  Thank you, good bye.

February 4, 2010 at 3:28 PM – Pre-Recorded Message
Notify you that this is a debt collection company.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please call Edward Doyle back today at 877-769-7491.  Once again the

number is 877-769-7491.  When calling please use reference ID HU2484. Thank you, good bye.

February 7, 2010 at 4:40 PM – Pre-Recorded Message
Notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327. Thank you, good bye.

February 8, 2010 at 7:25 PM
This important message is from NCO Financial Systems. The law requires I notify you NCO Financial is a debt collection company.  It is an attempt to collect debt and any information obtained will be used for that purpose.  Call me back today.  My number is 866-437-7403. When you call back reference, reference ID which is, LZY057.  Once again the call back number is 866-437-7403.

February 9, 2010 at 11:43 AM – Pre-Recorded Message & Human Caller - Call # 1
**Human Caller:**    Today at 1-888-899-8039.  Once again the number is 1-888-899-8039.  Thank you.
**Pre-Recorded Message:**        B92327 is your reference ID.  Again, your reference ID is B92327.

February 9, 2010 at 12:42 PM – Call # 2
Is an important message from NCO Financial System, Incorporated. The law requires we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.  So, please call us back today at 1-866-437-7403. When calling back, this reference ID is L for "Lima," Z for "Zuzu," Y for "Yankee" 057. Once again the number 1-866-437-7403. Thank you.

February 9, 2010 at 6:48 PM – Pre-Recorded Message - Call # 3
Hello, this is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Edward Doyle back today at 877-769-7491. Once again the number is 877-769-7491.  When calling please use reference ID HU2484.  Thank you, good bye.

February 11, 2010 at 2:38 PM – Pre-Recorded Message
That this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Edward Doyle back today at 877-769-7491.  Once again the number is 877-769-7491. When calling please use reference ID HU2484. Thank you, good bye.

February 16, 2010 at 6:46 PM – Pre-Recorded Message
Notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Edward Doyle back today at 877-769-7491.  Once again the number is 877-769-7491.  When calling please use reference ID HU2484. Thank you, good bye.

February 17, 2010 at 3:48 PM – Pre-Recorded Message – Call # 1
Collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Edward Doyle back today at 877-769-7491.  Once again the number is 877-769-7491.  When calling please use reference ID HU2484.  Thank you, good bye.

February 17, 2010 at 3:57 PM – Pre-Recorded Message – Call # 2
You that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Joe Schmadel back today at 888-899-8039.  Once again the number is 888-899-8039.  When calling please use reference ID B92327.  Thank you, good bye.

February 20, 2010 at 8:38 AM – Call # 1
This important message is from NCO Financial Systems. The law requires I notify you that NCO is a debt collection company.  This is an attempt to collect debt, any information obtained will be used for that purpose. Call me back today.  My number is 866-437-7403. Call me back.

February 20, 2010 at 1:24 PM – Pre-Recorded Message – Call # 2
You that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Gilbert Fernandez back today at 866-506-2667. Once again the number is

866-506-2667.  When calling please use reference ID B92327.  Thank you, good bye.

February 21, 2010 at 2:14 PM - Pre-Recorded Message & Human Caller
**Human Caller:**     This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Rechma Pinto back today at 1-866-437-7403. Once again the number is 1-866-437-7403. Thank you.
**Pre-Recorded Message:**         LZY057 is your reference ID.  Again your reference ID is LZY057.

February 22, 2010 at 6:22 PM – Pre-Recorded Message
You that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Bryan Derenda back today at 888-899-8039.  Once again the number is 888-899-8039.  When calling please use reference ID B92327.  Thank you, good bye.

February 24, 2010 at 11 AM - Pre-Recorded Message & Human Caller
**Human Caller:**     Requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Rechma Pinto back today at 1-866-437-7403. Once again the number is 1-866-437-7403. Thank you.
**Pre-Recorded Message:**         LZY057 is your reference ID.  Again your reference ID is LZY057.

February 28, 2010 at 5:03 PM – Pre-Recorded Message
Obtained will be used for that purpose.  Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327.  Thank you, good bye.

March 1, 2010 at 3:17 PM – Pre-Recorded Message & Human Caller - Call # 1
**Human Caller:**     Today at 1-888-899-8039.  Once again the number is 1-888-899-8039.  Thank you.
**Pre-Recorded Message:**         B92327 is your reference ID.  Again your reference ID is B92327.

March 1, 2010 at 5:28 PM – Call # 2

This important message is from NCO Financial Systems.  Law requires I notify you NCO is a debt collection company.  This is an attempt to collect debt, any information obtained will be used for that purpose.  Call me back today, number is 866-437-7403.

March 3, 2010 at 8:26 AM
This important message is from NCO Financial Systems.  Law requires I notify you NCO is a debt collection company.  This is an attempt to collect debt, any information obtained will be used for that purpose.  Call me back today, number is 866-437-7403.  Call me back.

March 11, 2010 at 5:20 PM
This important message is from NCO Financial Systems.  Law requires we notify you that this is a debt collection company.  This is an attempt to collect debt, any information obtained will be used for that purpose.  Call us back at 866-437-7403.  When calling back refer to your reference ID number.  That's L as in "Lima," Z as in "Zebra," Y as in "Yak" 057.  Once again the call back number is 1-866-437-7403.  Thank you.

March 16, 2010 at 8:42 AM
This important message is from NCO Financial Systems.  Law requires I notify you NCO is a debt collection company.  This is an attempt to collect debt, and any information obtained will be used for that purpose.  Call me back today, number is 866-437-7403.  When you call me back refer to the reference ID, that is LZY057.  Once again the call back number is 866-437-7403.  Call me back.

March 19, 2010 at 11:26 AM
Call me. This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please call Rene Heartrich back today at 1-888-899-8039.  Once again the number is 1-888-899-8039.  Thank you.

March 22, 2010 at 9:33 AM
Hi, this is an important message from NCO Financial Systems.  Law requires we notify you this is a debt collection company.  This is an attempt to collect a debt, any information obtained will be used for that purpose.  Give us a call back today at 866-437-7403.  When calling back your reference number is LZY057.  That'd be LZY057.  Buh-bye.

March 27, 2010 at 8:30 AM

This important message is from NCO Financial Systems.  The law requires I notify you NCO is a debt collection company.  This is an attempt to collect debt, and any information obtained will be used for that purpose.  Call me back today, my number is 866-437-7403.  When you call me back refer to the reference ID, that is LZY057.  Once again my call back number is 866-437-7403.

March 29, 2010 at 8:30 AM
This important message is from NCO Financial Systems.  Law requires I notify you NCO is a debt collection company.  This is an attempt to collect debt, and any information obtained will be used for that purpose.  Call me back today, number is 866-437-7403.

March 30, 2010 at 6:31 PM – Pre-Recorded Message
You that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Bryan Derenda back today at 888-899-8039.  Once again the number is 888-899-8039.  When calling please use reference ID B92327.  Thank you, good bye.
March 31, 2010 at 11:37 AM – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Bryan Derenda back today at 888-899-8039.  Once again the number is 888-899-8039.  When calling please use reference ID B92327.  Thank you, good bye.

April 2, 2010 at 8:24 AM
This important message is from NCO Financial Systems.  The law requires I notify you NCO is a debt collection company.  This would be an attempt to collect debt and any information obtained will be used for that purpose.  Call me back today, my number is 866-437-7403.  When you call back refer to the reference ID, that is LZY057.  Once again my call back number is 866-437-7403.  Call me back.

April 3, 2010 at 3:34 PM – Pre-Recorded Message
Is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327.  Thank you, good bye.

April 4, 2010 at 2:17 PM – Pre-Recorded Message
Notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327.  Thank you, good bye.

April 5, 2010 at 7:09 PM – Pre-Recorded Message
888-899-8039.  Again that's Rene Heartrich at 888-899-8039.  Thank you.  NCO Financial Systems is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  When calling please refer to your ID code B92327.  Again your ID code is B923237.

April 10, 2010 at 9:51 AM
This is an important and confidential message meant solely for Ronald, Ronald Waltman.  Hi, Ronald this is Yatan calling from NCO Financial Systems.  The law requires that we notify you this is a debt collection company and this is an attempt to collect a debt.  Any information obtained will be solely used for that purpose.  So give me a call back today at toll-free number, that's 866-437-7403.  When calling back refer to the reference ID, that's L as in "London," Z as in "Zebra," Y as in "Yankee" 057.  Once again my call back number 866-437-7403.  Waiting for your call Ronald.  Bye.

April 21, 2010 at 8:42 AM – Pre-Recorded Message
Important message from NCO Financial Systems, a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Rechma Pinto at 866-437-7403. Again that's Rechma Pinto at 866-437-7403. Thank you.  NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.  When calling please refer to your ID code LZY057.  Again your ID code is LZY057.

April 23, 2010 at 10:19 AM – Pre-Recorded Message
Any information obtained will be used for that purpose. Please return the call to Kelly Nidel at 888-899-8039. Again that's Kelly Nidel at 888-899-8039.  Thank you.  NCO Financial Systems is a debt collection company.

This is an attempt to collect a debt and any information obtained will be used for that purpose.  When calling please refer to your ID code.

April 26, 2010 at 3:28 PM – Pre-Recorded Message
And any information obtained will be used for that purpose. Please return the call to Kelly Nidel at 888-899-8039. Again that's Kelly Nidel at 888-899-8039.  Thank you.  NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.  When calling please refer to your ID code.

April 27, 2010 at 8:41 AM – Pre-Recorded Message
You that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Kelly Nidel back today at 888-899-8039. Once again the number is 888-899-8039.  When calling please use reference ID B92327.  Thank you, good bye.

April 28, 2010 at 6:33 PM – Pre-Recorded Message
Any information obtained will be used for that purpose. Please return the call to Kelly Nidel at 888-899-8039.  Again that's Kelly Nidel at 888-899-8039.  Thank you.  NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.  When calling please refer to your ID code.

April 30, 2010 at 3:26 PM – Pre-Recorded Message – Call # 1
Notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Alex Farquis back today at 800-350-2457.  Once again the number is 800-350-2457.  When calling please use reference ID HU2484.  Thank you, good bye.

April 30, 2010 at 5:09 PM – Pre-Recorded Message – Call # 2
Hello, this is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403.  When calling please use reference ID LZY057.  Thank you, good bye.


April 30, 2010 at 5:09 PM – Call # 3

Hello, this is NCO Financial.  Law requires us to tell you NCO is a debt collection company.  Like to work with you 800-817-7908.  File is HU2484.

May 3, 2010 at 7:06 PM – Pre-Recorded Message
Debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403. When calling please use reference ID LZY057.  Thank you, good bye.

May 5, 2010 at 1:59 PM – Pre-Recorded Message
Notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403.  When calling please use reference ID LZY057.  Thank you, good bye.

May 7, 2010 at 6:50 PM – Pre-Recorded Message
We notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403.  When calling please use reference ID LZY057.  Thank you, good bye.

May 8, 2010 at 4:17 PM – Pre-Recorded Message
Debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403. When calling please use reference ID LZY057.  Thank you, good bye.

May 10, 2010 at 7:55 PM – Pre-Recorded Message
A debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403. When calling please use reference ID LZY057.  Thank you, good bye.

May 12, 2010 at 12:23 PM
Please return the call to Dana Mazel at 1-866-437-7403.  Again that's Dana Mazel at 1-866-437-7403.  Thank you.  NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>May 15, 2010 at 12:15 PM – Pre-Recorded Message – Call # 1</u>
And any information obtained will be used for that purpose. Please return the call to Dana Mazel at 866-437-7403.  Again that's Dana Mazel at 866-437-7403.  Thank you.  NCO Financial Systems is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>May 15, 2010 at 3:53 PM – Pre-Recorded Message – Call # 2</u>
Notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403.  When calling please use reference ID LZY057.  Thank you, good bye.

<u>May 16, 2010 at 4 PM – Pre-Recorded Message – Call # 1</u>
You that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327.  Thank you, good bye.

<u>May 16, 2010 at 4:07 PM – Pre-Recorded Message - Call # 2</u>
Please call Senat Patel back today at 866-437-7403.  Once again the number is 866-437-7403.  When calling please use reference ID LZY057.  If you need this information again, press star now.  Thank you, good bye.

<u>May 18, 2010 at 6:55 PM – Pre-Recorded Message – Call # 1</u>
That this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327.  Thank you, good bye.

<u>May 18, 2010 at 8:03 PM – Pre-Recorded Message – Call # 2</u>
Any information obtained will be used for that purpose.  Please return the call to Dana Mazel at 866-437-7403.  Again that's Dana Mazel at 866-437-7403.  Thank you.  NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.

May 24, 2010 – Pre-recorded Message
(MESSAGE IN SPANISH)

May 25, 2010 at 11:49 AM – Pre-Recorded Message – Call # 1
And any information obtained will be used for that purpose. Please return
the call to Dana Mazel at 866-437-7403. Again that's Dana Mazel at 866-
437-7403. Thank you. NCO Financial Systems is a debt collection
company. This is an attempt to collect a debt and any information obtained
will be used for that purpose.

May 25, 2010 at 7:06 PM – Pre-Recorded Message – Call # 2
That this is a debt collection company. This is an attempt to collect a debt
and any information obtained will be used for that purpose. Please call
Gilbert Fernandez back today at 866-506-2667. Once again the number is
866-506-2667. When calling please use reference ID B92327. Thank you,
good bye.

May 26, 2010 at 2:53 PM – Pre-Recorded Message – Call # 1
Any information obtained will be used for that purpose. Please return the
call to Dana Mazel at 866-437-7403. Again that's Dana Mazel at 866-437-
7403. Thank you. NCO Financial Systems is a debt collection company.
This is an attempt to collect a debt and any information obtained will be
used for that purpose.

May 26, 2010 at 6:42 PM – Pre-Recorded Message – Call # 2
You that this is a debt collection company. This is an attempt to collect a
debt and any information obtained will be used for that purpose. Please call
Gilbert Fernandez back today at 866-506-2667. One again the number is
866-506-2667. When calling please use reference ID B92327. Thank you,
good bye.

May 26, 2010 at 8:25 PM – Pre-Recorded Message – Call # 3
This is an important message from NCO Financial Systems, a debt
collection company. This is an attempt to collect a debt and any information
obtained will be used for that purpose. Please return the call to Gilbert
Fernandez at 866-506-2667. Again that's Gilbert Fernandez at 866-506-
2667. Thank you. NCO Financial Systems is a debt collection company.
This is an attempt to collect a debt and any information obtained will be

used for that purpose.  When calling please refer to your ID code B92327.
Again your ID code is B92327.

May 27, 2010 at 3:04 PM – Pre-Recorded Message – Call # 1
And any information obtained will be used for that purpose.  Please return
the call to Gilbert Fernandez at 866-506-2667.  Again that's Gilbert
Fernandez at 866-506-2667.  Thank you.  NCO Financial Systems is a debt
collection company.  This is an attempt to collect a debt and any information
obtained will be used for that purpose.

May 27, 2010 at 7:56 PM – Pre-Recorded Message – Call # 2
You that this is a debt collection company.  This is an attempt to collect a
debt and any information obtained will be used for that purpose.  Please call
Gilbert Fernandez back today at 866-506-2667.  Once again the number is
866-506-2667.  When calling please use reference ID B92327.  Thank you,
good bye.

May 29, 2010 at 12:23 PM – Pre-Recorded Message
And any information obtained will be used for that purpose.  Please return
the call to Dana Mazel at 866-437-7403.  Again that's Dana Mazel at 866-
437-7403.  Thank you.  NCO Financial Systems is a debt collection
company. This is an attempt to collect a debt and any information obtained
will be used for that purpose.

June 13, 2010 at 3:07 PM – Pre-Recorded Message
Press 3 now.  If this is the wrong number to reach, Ronald Waltman, press 4
now.

June 14, 2010 at 7:50 PM – Pre-Recorded Message
Debt collection company.  This is an attempt to collect a debt and any
information obtained will be used for that purpose.  Please call Gilbert
Fernandez back today at 866-506-2667.  Once again the number is 866-506-
2667.  When calling please use reference ID B92327.  Thank you, good bye.

June 15, 2010 at 7:28 PM – Pre-Recorded Message
A debt collection company.  This is an attempt to collect a debt and any
information obtained will be used for that purpose.  Please call Gilbert
Fernandez back today at 866-506-2667.  Once again the number is 866-506-
2667.  When calling please use reference ID B92327.  Thank you, good bye.

June 17, 2010 at 7:39 PM – Pre-Recorded Message
Debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Gilbert Fernandez back today at 866-506-2667.  Once again the number is 866-506-2667.  When calling please use reference ID B92327.  Thank you, good bye.

June 19, 2010 at 10:40 AM – Pre-Recorded Message
Any information obtained will be used for that purpose.  Please return the call to Dana Mazel at 866-506-2667.  Again that's Dana Mazel at 866-506-2667.  Thank you.  NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.

June 21, 2010 at noon – Pre-Recorded Message
And any information obtained will be used for that purpose.  Please return the call to Dana Mazel at 866-506-2667.  Again that's Dana Mazel at 866-506-2667.  Thank you.  NCO Financial Systems is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

12.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

13.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

14.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

15.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

18

16.     Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

17.     None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

18.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

19.     Plaintiff incorporates Paragraphs 1 through 18.

20.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT II
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED
## CALLS TO A CELLULAR TELEPHONE

21.     Plaintiff incorporates Paragraphs 1 through 18.

22.     Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), *Clarke, Kerryjoe N.. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

     a.     Damages;

     b.     Attorney's fees, litigation expenses and costs of suit; and

     c.     Such other or further relief as the Court deems proper.

### COUNT III
### ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

23.     Plaintiff incorporates Paragraphs 1 through 18.

24.     Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose

of its communications and its name when Defendant knew it did not have a legal

right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit;

c.      declaring that Defendant's practices violate the FCCPA;

d.      permanently injoining Defendant from engaging in the

complained of practices; and

e.      Such other or further relief as the Court deems proper.

## COUNT IV
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

25.      Plaintiff incorporates Paragraphs 1 through 18.

26.      By failing to disclose that it is a debt collector, its name and the

purpose of its communication, by using an automatic telephone dialing system or

pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular

telephone to which Plaintiff had not consented, and by telephoning Plaintiff with

such frequency as can be reasonably be expected to harass, Defendant willfully

engaged in conduct the natural consequence of which is to harass in violation of

Fla. Stat. §559.72(7).

27.    The FCCPA provides for equitable relief including injunctive relief.

*Berg v. Merchs. Ass'n Collection Div*., 586 F. Supp. 2d 1336, 1345, (S.D. Fla.

2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit;

c.    declaring that Defendant's practices violate the FCCPA;

d.    permanently injoining Defendant from engaging in the

complained of practices; and

e.    Such other or further relief as the Court deems proper.

## COUNT V
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

28.    Plaintiff incorporates Paragraphs 1 through 18.

29.    Defendant placed non-emergency telephone calls to Plaintiff's cellular

telephone using an automatic telephone dialing system or pre-recorded or artificial

voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227

(b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.    Damages;

b.      a declaration that Defendant's calls violate the TCPA;

c.      a permanent injunction prohibiting Defendant from placing

non-emergency calls to the cellular telephone of any person using an

automatic telephone dialing system or pre-recorded or artificial voice

without the prior express consent of the called party; and

d.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-62498-Civ-Cohn/Seltzer

RONALD J. WALTMAN,

　　　Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

　　　Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 18, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Kenneth C. Grace, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2465
Facsimile: 866-466-3140

<u>Via Notices of Electronic Filing generated by CM/ECF</u>